**The People of the State of Illinois, defendant in error, v. Allan Vegell, plaintiff in error. Gen. No. 31,233.**

Conviction and sentence for wilful assault with automobile. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed with a finding of fact. Opinion filed February 7, 1927.

Webster, Holmes & Holmgren, for plaintiff in error; Elmer N. Holmgren, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Richard E. Parker, plaintiff in error. Gen. No. 31,242.**

Conviction and sentence for wilfully conducting employment agency without first procuring required license. Error to the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Oliver A. Clark, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**R. J. Dwyer, trustee, appellant, v. Royal Indemnity Company of New York, appellee. Gen. No. 31,267.**

Suit to recover on burglary insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Benjamin H. Ehrlich, for appellant. Tenney, Harding, Sherman & Rogers, for appellee; Henry F. Tenney and L. Dow Nichol, Jr., of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Morris Feldman et al., appellants, v. Jacob Schuman, appellee. Gen. No. 31,298.**

Attachment. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7. 1927.

William Feldman, for appellants. Campbell & Jacobson, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.